IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                           No. CR 15-4268 JB

ANGEL DELEON, et al.

      Defendants.

**<u>MEMORANDUM OPINION AND ORDER</u>**

**THIS MATTER** comes before the Court: (i) on the United States' Response in Partial Opposition to Defendants' Motion to Suspend the Scheduling Order (Doc. 250), Request for Status Conference and Ex Parte Conference with the District Court (Doc. 535), filed May 25, 2016 (Doc. 547)("Response"); and (ii) the Unopposed Motion to Waive Eugene Martinez's Presence at Hearing, filed May 26, 2016 (Doc. 554). The Defendants -- not counsel -- may seek to be excused from attending in person the hearing set for June 2, 2016. The Defendant and all counsel representing the Defendant should execute a waiver and excusal request. The Court will assume, from Plaintiff United States of America's Response, that the United States does not and will not oppose any request for excusal. The United States has also adequately explained why certain Defendants may not want to appear personally. Any Defendant seeking excusal must, however, seek and state the position of each or all Defendants. In addition, all counsel will need to certify to the Court, before any excusals are granted, that the June 2, 2016, substantive motion hearing -- involving a discovery dispute that the Court understands is very important to the Defendants -- is merely an administrative conference unrelated to any issues at trial, and is only a conference or hearing on a question of law. The parties should be advised that the Court will, at

the end of the hearing, ask whether there are any other issues that the Court needs to address or any other matters with which the Court can help the parties before the Court recesses.  It seems sound that, if the Court and the parties are going to go to such great lengths to get together for the status conference that the Defendants have requested and for this motions hearing that the Court has set, the Court and the parties should maximize the use of time to discuss and decide as much as possible.

The Defendants must decide what is in their best interests.  The Court is, however, skeptical that the counsel can take good notes and then explain fully what occurred at the hearing to the clients.  The Court has stated elsewhere:

> Getting the decision "right," i.e. getting the law and facts correct and accurate, is obviously important, but getting it right is only one-half of a judge's task, particularly a trial judge's job.  The other half of dispensing justice is the appearance of justice -- did the Court listen to the litigant's arguments, wrestle with those arguments, and deal with them in an intellectually honest way.  Americans are pretty good about accepting a judicial decision -- even an adverse one -- and cease obsessing over an issue, if they are convinced that an authority figure has dressed up, taken them seriously, listened patiently and politely, wrestled with the arguments, addressed them, and accurately stated the facts.

A.M. ex rel. Youngers v. New Mexico Dep't. of Health, 117 F. Supp. 3d 1220, 1253 n.14 (D.N.M. 2015)(Browning, J.).  The Court is hesitant to agree that the Defendants can fully appreciate whether the Court will do justice, whether the Court has the appropriate demeanor, and whether the Court will wrestle with the issues in an intellectually honest way, from listening to his or her counsel read notes at a detention facility.

Defendant Eugene Martinez is currently in Los Angeles, California, being evaluated for competency.  His counsel contacted all parties, including the United States, and no party opposes Martinez waiving his appearance.  A knowing, voluntary, and intelligent waiver from Martinez is

not possible at this time because of the concerns about Martinez' competency.  His waiver request is granted.

       **IT IS ORDERED** that: (i) the individual Defendants -- not their counsel -- may petition the Court to be excused from the hearing set for June 2, 2016, at 9:00 a.m., as set forth in this Memorandum Opinion and Order; and (ii) the Unopposed Motion to Waive Eugene Martinez's Presence at Hearing, filed May 26, 2016 (Doc. 554), is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Damon P. Martinez
   United States Attorney
Maria Ysabel Armijo
Randy M. Castellano
   Assistant United States Attorneys
United States Attorney's Office
Las Cruces, New Mexico

     *Attorneys for the Plaintiff*

Richard Sindel
Sindel, Sindel & Noble, P.C.
Clayton, Missouri

-- and --

Brock Benjamin
Benjamin Law Firm
El Paso, Texas

     *Attorneys for Defendant Joe Lawrence Gallegos*

Patrick J. Burke
Patrick J. Burke, P.C.
Denver, Colorado

-- and --

Cori Ann Harbour-Valdez
The Harbour Law Firm, P.C.
El Paso, Texas

    *Attorneys for Defendant Edward Troup*

Donald R. Knight
Littleton, Colorado

-- and --

Russell Dean Clark
Las Cruces, New Mexico

    *Attorneys for Defendant Leonard Lujan*

James A. Castle
Castle & Castle, P.C.
Denver, Colorado

-- and --

Robert R. Cooper
Albuquerque, New Mexico

    *Attorneys for Defendant Billy Garcia*

David A. Lane
Killmer, Lane & Newman, LLP
Denver, Colorado

-- and --

Douglas E. Couleur
Douglas E. Couleur, P.A.
Santa Fe, New Mexico

    *Attorneys for Defendant Eugene Martinez*

Phillip A. Linder
The Linder Firm
Dallas, Texas

-- and --

Jeffrey C. Lahann
Las Cruces, New Mexico

     *Attorneys for Defendant Allen Patterson*

Orlando Mondragon
El Paso, Texas

     *Attorney for Defendant Christopher Chavez*

Nathan D. Chambers
Nathan D. Chambers LLC
Denver, Colorado

-- and --

Noel Orquiz
Deming, New Mexico

     *Attorneys for Defendant Javier Alonso*

Billy R. Blackburn
Albuquerque, New Mexico

     *Attorney for Defendant Arturo Arnulfo Garcia*

Jerry Daniel Herrera
Albuquerque, New Mexico

-- and --

Stephen E. Hosford
Stephen E. Hosford, P.C.
Arrey, New Mexico

     *Attorneys for Defendant Benjamin Clark*

Pedro Pineda
Las Cruces, New Mexico

     *Attorney for Defendant Ruben Hernandez*

Gary Mitchell
Mitchell Law Office
Ruidoso, New Mexico

     *Attorney for Defendant Jerry Armenta*

Larry A. Hammond
Osborn Maledon P.A.
Phoenix, Arizona

-- and --

Margaret Strickland
McGraw & Strickland
Las Cruces, New Mexico

     *Attorneys for Defendant Jerry Montoya*

Steven M. Potolsky
Miami, Florida

-- and --

Santiago David Hernandez
Law Office of Santiago D. Hernandez
El Paso, Texas

     *Attorneys for Defendant Mario Rodriguez*

Jacqueline K. Walsh
Walsh & Larranaga
Seattle, Washington

-- and --

Steven Lorenzo Almanza
Las Cruces, New Mexico

     *Attorneys for Defendant Timothy Martinez*

Joe Spencer
El Paso, Texas

-- and --

Mary Stillinger
El Paso, Texas

    *Attorneys for Defendant Mauricio Varela*

Amy E. Jacks
Law Office of Amy E. Jacks
Los Angeles, California

-- and --

Richard Jewkes
El Paso, Texas

    *Attorneys for Defendant Daniel Sanchez*

George A. Harrison
Las Cruces, New Mexico

    *Attorney for Defendant Gerald Archuleta*

B.J. Crow
Crow Law Firm
Roswell, New Mexico

    *Attorney for Defendant Conrad Villegas*

Theresa M. Duncan
Albuquerque, New Mexico

-- and --

Marc M. Lowry
Rothstein, Donatelli, Hughes, Dahlstrom & Shoenburg, LLP
Albuquerque, New Mexico

    *Attorneys for Defendant Anthony Ray Baca*

Charles J. McElhinney
McElhinney Law Firm LLC
Las Cruces, New Mexico

    *Attorney for Defendant Robert Martinez*

Marcia J. Milner
Las Cruces, New Mexico

     *Attorney for Defendant Roy Paul Martinez*

Amy Sirignano
Law Office of Amy Sirignano, P.C.
Albuquerque, New Mexico

     *Attorney for Defendant Christopher Garcia*

Michael V. Davis
Michael V. Davis, Attorney & Counselor at Law, P.C.
Corrales, New Mexico

     *Attorney for Defendant Carlos Herrera*

Donald R. West
Orlando, Florida

-- and --

Ryan J. Villa
Albuquerque, New Mexico

     *Attorneys for Defendant Rudy Perez*

Donavon A. Roberts
Albuquerque, New Mexico

     *Attorney for Defendant Andrew Gallegos*

Erlinda O. Johnson
Law Office of Erlinda Ocampo Johnson, LLC
Albuquerque, New Mexico

     *Attorney for Defendant Santos Gonzalez*

Keith R. Romero
Albuquerque, New Mexico

     *Attorney for Defendant Paul Rivera*