IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      **Plaintiff,**                                              NO. CR-15-4268 JB

vs.

ANGEL DELEON,

      **Defendant.**

## SCHEDULING ORDER

The Court, having granted the motion by the United States and the defendant to declare this case complex, and considering the parties' proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. December 2, 2019      Discovery by the government (except for government's continuing duty to disclose)

2. April 6, 2020:      Fed. R. Crim. P. 12 substantive motions;

3. April 27, 2020:      Responses to Fed. R. Crim. P. 12 substantive motions;

4. May 4, 2020:      Reciprocal discovery by the defendant (except for the defendant's continuing duty to disclose);

5. June 8, 2020:      Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

6. July 6, 2020:      Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions; Objections to expert witness notices.

7. July 20, 2020:      Responses to objections to expert witness notices.

8. August 10, 2020:      *Daubert* motions.

9. August 24, 2021:      Responses to *Daubert* motions; Notices of defenses

|    |    |    |
|----|----|----|
|    |    | pursuant to Fed. R. Crim. P. 12.1 and 12.3. |
| 10. | September 8, 2020: | Responses to notices of defenses; motions *in limine*; Fed. R. Evid. 404(b) notices; jury instructions and proposed *voir dire*. |
| 11. | September 22, 2020: | Responses to motions *in limine*; objections to jury instructions and proposed *voir dire*; |
| 12. | October 9, 2020: | Witness lists and exhibit lists; |
| 13. | October 26, 2020: | Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico. |

The Court further orders that the United States shall continually make available discovery on an ongoing basis, and make available to the defendant by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed October 30, 2019 (Doc. 2959). Specifically, the complexity of the case, continuing disclosure of discovery, and continuing investigation of discovery, outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The pretrial motion deadline is **October 19, 2019**. The Court will set the trial for **October 26, 2020 at 9:00 a.m.** (trailing docket). This 329-day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.