IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                          No. CR 15-4268 JB

ANGEL DELEON,

    Defendant.

## VERDICT

WE, the Jury, find the defendant, **ANGEL DELEON**, __Guilty__ of the violent
(guilty or not guilty)
crime in aid of racketeering in the murder of Frank Castillo, as charged in the Indictment.

Only if you unanimously answer the prior question guilty, answer one of the next two questions.

a.      Does the Jury unanimously find that Plaintiff United States of America has proved the fourth element of the Indictment by showing beyond a reasonable doubt that Mr. DeLeon, committed first degree murder?

     __X__ YES      ____ NO

If you agree that Mr. DeLeon, committed first degree murder, stop here. If you do not agree that Mr. DeLeon committed first degree murder, go to question b.

b.      Does the Jury unanimously find that the United States has proved the fourth element of the Indictment by showing beyond a reasonable doubt that Mr. DeLeon, committed second degree murder?

     ____ YES      ____ NO

Dated this __16__ day of __Sept.__, 2021.

     _____
     FOREPERSON