FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

April 11, 2022

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

ANGEL DELEON,

   Defendant - Appellant.

No. 22-2036
(D.C. No. 2:15-CR-04268-JB-1)
(D. N.M.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on appellant Angel DeLeon's *Motion to Continue CJA Appointment of Trial Counsel*, which: (1) seeks to continue attorney Sarah M. Gorman's appointment under the Criminal Justice Act (CJA) as Mr. DeLeon's counsel; and (2) seeks leave for attorney Heather LeBlanc to be relieved from continued representation of Mr. DeLeon.

Upon consideration, the court grants the motion. First, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Ms. Gorman as attorney of record to represent Mr. DeLeon for purposes of this appeal. This appointment is effective nunc pro tunc to the date Ms. Gorman filed the notice of appeal on Mr. DeLeon's behalf.

Second, the court relieves Ms. LeBlanc of any further obligations with respect to this appeal, except to transmit a copy of this order to Mr. DeLeon.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
    Counsel to the Clerk