IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 0 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No. CR 15-4268-01 JB

ANGEL DELEON,

    Defendant.

## RECEIPT FOR TRIAL EXHIBITS

**EXHIBITS RETURNED TO DEFENDANT AT END OF TRIAL:** 1 CD, 2 thumb drives containing exhibits uploaded to JERS as reflected on JERS Exhibit Log attached herewith.

**RECEIVED BY:**

_____
COUNSEL FOR DEFENDANT

DATE RECEIVED: 4-10-23

_____
LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                    No. CR 15-4268-01 JB

ANGEL DELEON,

        Defendant.

## RECEIPT FOR TRIAL EXHIBITS

**EXHIBITS RETURNED TO GOVERNMENT AT END OF TRIAL:** _2 CDs containing exhibits uploaded to JERS as reflected on JERS Exhibit Log attached herewith; 1 CD containing Ex. 131A, tendered and uploaded to JERS on 9/16/2021._

**RECEIVED BY:**

_Ray Castillo_
COUNSEL FOR GOVERNMENT

DATE RECEIVED: _8-16-22_

_L. Lopez_
LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

United States District Court
District of New Mexico
Exhibits Log: CR 15-4268-001 JB
USA v. DeLeon Jury Trial, 9/7/2021

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | Video of Crime Scene | No |
| Gov-3 | PHYSICAL EXHIBIT | No |
| Gov-4 | PHYSICAL EXHIBIT | No |
| Gov-5 | PHYSICAL EXHIBIT | No |
| Gov-6 | PHYSICAL EXHIBIT | No |
| Gov-7 | PHYSICAL EXHIBIT | No |
| Gov-8 | PHYSICAL EXHIBIT | No |
| Gov-9 | Photo of F.C.pdf | No |
| Gov-10 | Photo of the NMSP Criminal Investigation Sheet for F.C. Homicide122 | No |
| Gov-11 | Photo of overiview of P-1 at SNMCF123 | No |
| Gov-12 | Photo of the F.C. Crime Scene Pod Tiers124 | No |
| Gov-13 | Photo of the F.C. Crime Scene Stairs | No |
| Gov-14 | Photo of the F.C. Crime Scene Pod Door 2204 sealed | No |
| Gov-15 | Photo of victim F.C. | No |
| Gov-18 | Photo of victim F.C. | No |
| Gov-19 | Photo of victim F.C.s knees | No |
| Gov-20 | Photo of victim F.C.s knees | No |
| Gov-21 | Photo of victim F.C.133 | No |
| Gov-22 | Close-up photo of victim F.C. | No |
| Gov-23 | Photo of blood on victim F.C.s sheet and blanket | No |
| Gov-24 | Photo of victim F.C.s cell | No |
| Gov-25 | Photo of victim F.C.s cell | No |
| Gov-26 | Photo of victim F.C. | No |
| Gov-27 | Photo of victim F.C. | No |
| Gov-28 | Photo of victim F.C. | No |
| Gov-29 | Items found on victim F.C.s desk in his cell | No |
| Gov-30 | Close-up photo of victim F.C | No |
| Gov-31 | Photo of the Control Center in the Pod | No |
| Gov-33 | Photo of victim F.C | No |
| Gov-34 | Photo of victim F.C | No |
| Gov-35 | Curriculum Vitae for Dr. Ross Zumwalt | No |
| Gov-36 | Photo of NMSP Sheet re Autopsy of victim F.C | No |
| Gov-37 | OMI photo of victim F. C.s head and torso w-ligature and mesh bag | No |
| Gov-38 | OMI photo of victim F.C.s legs | No |
| Gov-39 | OMI photo of victim F.C.s back of head neck w-ligature and mesh bag | No |
| Gov-40 | OMI photo of victim F.C.s back of head neck w-ligature mesh bag | No |
| Gov-41 | OMI photo of victim F.C.s blood stained mesh bag | No |
| Gov-42 | OMI photo of pathologist cutting ligature off of victim F.C | No |
| Gov-43 | OMI photo of ligature attached blood stained gray cloth | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-44 | OMI close-up photo of ligature attached blood stained gray cloth | No |
| Gov-45 | OMI close-up photo of ligature attached blood stained gray cloth | No |
| Gov-46 | OMI photo of victim F.C. head neck | No |
| Gov-47 | OMI close-up photo of victim F.C.s neck | No |
| Gov-48 | OMI photo of back of victim F.C.s head neck | No |
| Gov-49 | OMI close-up photo of back of victim F.C.s head neck | No |
| Gov-50 | OMI close-up photo of victim F.C.s inside of lip | No |
| Gov-51 | OMI photo of victim F.C.s left leg | No |
| Gov-52 | OMI photo of victim F.C.s left foot | No |
| Gov-53 | OMI photo of victim F.C.s right forearm | No |
| Gov-54 | OMI photo of victim F.C.s right knee | No |
| Gov-55 | OMI Diagram of Injuries for victim F.C | No |
| Gov-56 | OMI Report of Findings for victim F.C | No |
| Gov-57 | OMI Report of Death for victim F.C | No |
| Gov-58 | OMI Autopsy Report for victim F.C | No |
| Gov-59 | Diagram of P-1 Green Pod F.C. homicide170 | No |
| Gov-60 | Diagram of P-One Unit171 | No |
| Gov-63 | Offender Location History for victim F.C | No |
| Gov-64 | Aerial Photo of PNM Facilitylableled | No |
| Gov-65 | Close up aerial photo of PNM South | No |
| Gov-66 | Close up aerial photo of PNM North | No |
| Gov-67 | Photo of SNMCF entrance | No |
| Gov-68 | Aerial photo of SNMCF Labeled | No |
| Gov-69 | Level III IV VI Facility Layout - With Legend | No |
| Gov-70 | Aerial view of SNMCFlabeled860 | No |
| Gov-71 | Close up aerial photo of SNMCF Podslabeled861 | No |
| Gov-73 | Photo of Angel DeLeon | No |
| Gov-77 | Photo of Angel DeLeon | No |
| Gov-78 | Photo of Angel DeLeon | No |
| Gov-79 | Photo of Angel DeLeon | No |
| Gov-80 | Photo of Angel DeLeon | No |
| Gov-81 | Photo of Angel DeLeon | No |
| Gov-82 | Photo of Angel DeLeon | No |
| Gov-84 | Photo of Angel DeLeon | No |
| Gov-85 | Photo of Angel DeLeon | No |
| Gov-87 | Photo of Angel DeLeon | No |
| Gov-88 | Photo of Angel DeLeon | No |
| Gov-91 | Photo of Angel DeLeon | No |
| Gov-93 | Photo of Angel DeLeon | No |
| Gov-95-f | NMCD STG Validation Packet - Category A-Self Admission | No |
| Gov-95-g | NMCD STG Validation Packet - Category B-Tattoos | No |
| Gov-95-h | NMCD STG Validation Packet - Category H-Group Photos | No |
| Gov-97 | Offender Location History for Angel DeLeon | No |
| Gov-99 | Photo of Joe Gallegos | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-102 | Offender Location History for Joe Gallegos | No |
| Gov-103 | Photo of Edward Troup | No |
| Gov-104 | Photo of Edward Troup | No |
| Gov-105 | Photo of Edward Troup | No |
| Gov-106 | Photo of Edward Troup | No |
| Gov-107 | Photo of Edward Troup | No |
| Gov-108 | Photo of Edward Troup | No |
| Gov-109 | Photo of Edward Troup | No |
| Gov-112 | Offender Location History for Edward Troup | No |
| Gov-113 | Photo of Billy Garcia | No |
| Gov-116 | Offender Location History for Billy Garcia | No |
| Gov-119 | Photo of Leonard Lujan | No |
| Gov-120 | Pen Pack for Leonard Lujan | No |
| Gov-122 | Offender Location History for Leonard Lujan | No |
| Gov-123 | Kastigar Ltr for Leonard Lujan | No |
| Gov-124 | Plea Agreement for Leonard Lujan | No |
| Gov-125 | Addendum to PA for Leonard Lujan | No |
| Gov-126 | Photo of Michael Jaramillo | No |
| Gov-127 | Photo of Michael Jaramillo | No |
| Gov-128 | Photo of Michael Jaramillo | No |
| Gov-130 | Offender Location History for Michael Paul Jaramillo Jr | No |
| Gov-131 | Kastigar letter for Michael Jaramillo | No |
| Gov-132 | Photo of SNM members incl Castillo Garza | No |
| Gov-138 | Photo of SNM MembersBilly Garcia | No |
| Gov-140 | Photo of SNM MembersRoy Martinez | No |
| Gov-141 | Photo of Vincent Gardunos tattoos | No |
| Gov-142 | Photo of Vincent Gardunos tattoos | No |
| Gov-145 | Offender Location History for Phillip Gonzales | No |
| Gov-146 | Kastigar Ltr for Phillip Gonzales | No |
| Gov-147 | Plea Agreement for Phillip Gonzales | No |
| Gov-148 | Addendum to PA for Phillip Gonzales | No |
| Gov-149 | Photo of Roy Martinez | No |
| Gov-150 | Photo of Roy Martinez | No |
| Gov-151 | Photo of Roy Martinez | No |
| Gov-152 | Photo of Roy Martinez | No |
| Gov-153 | Photo of Roy Martinez | No |
| Gov-154 | Photo of Roy Martinez | No |
| Gov-155 | Penitentiary Pack for Roy Martinez | No |
| Gov-157 | Offender Location History for Roy Martinez | No |
| Gov-158 | Plea Agreement for Roy Martinez | No |
| Gov-159 | Addendum to plea agreement for Roy Martinez | No |
| Gov-160 | Photo of Jake Armijo | No |
| Gov-161 | Photo of Jake Armijo | No |
| Gov-163 | Photo of Jake Armijo | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-165 | Photo of Jake Armijo | No |
| Gov-166 | Photo of Jake Armijo | No |
| Gov-167 | Photo of Jake Armijo | No |
| Gov-170 | Offender Location History for Jacob Armijo | No |
| Gov-175 | Photo of Benjamin Clark | No |
| Gov-176 | Photo of Benjamin Clark | No |
| Gov-177 | Photo of Benjamin Clark | No |
| Gov-180 | Offender Location History for Benjamin Clark | No |
| Gov-181 | Kastigar Letter for Benjamin Clark | No |
| Gov-182 | Plea Agreement for Benjamin Clark | No |
| Gov-183 | Addendum to Plea Agreement for Benjamin Clark | No |
| Gov-184 | Photo of Javier Alonso | No |
| Gov-185 | Photo of Javier Alonso | No |
| Gov-186 | Photo of Javier Alonso | No |
| Gov-187 | Photo of Javier Alonso | No |
| Gov-188 | Photo of Javier Alonso | No |
| Gov-189 | Photo of Javier Alonso | No |
| Gov-190 | Photo of Javier Alonso | No |
| Gov-191 | Photo of Javier Alonso | No |
| Gov-192 | Penitentiary Pack for Javier Alonso | No |
| Gov-194 | Offender Location History for Javier Alonso | No |
| Gov-196 | Plea Agreement for Javier Alonso | No |
| Gov-197 | Addendum to Plea Agreement for Javier Alonso | No |
| Gov-198 | Photo of Frederico Munoz | No |
| Gov-199 | Photo of Frederico Munoz | No |
| Gov-200 | Photo of Frederico Munoz | No |
| Gov-201 | Photo of Frederico Munoz | No |
| Gov-202 | Photo of Frederico Munoz | No |
| Gov-203 | Photo of Frederico Munoz | No |
| Gov-204 | Photo of Frederico Munoz | No |
| Gov-205 | Photo of Frederico Munoz | No |
| Gov-206 | Photo of Frederico Munoz | No |
| Gov-207 | Penitentiary Pack for Frederico Munoz | No |
| Gov-209 | Offender Location History for Frederico Munoz | No |
| Gov-210 | Information for Frederico Munoz | No |
| Gov-211 | Plea Agreement for Frederico Munoz | No |
| Gov-212 | Addendum to plea agreement for Frederico Munoz | No |
| Gov-213 | Photo of Gerald Archuleta | No |
| Gov-214 | Photo of Gerald Archuleta | No |
| Gov-215 | Photo of Gerald Archuleta | No |
| Gov-216 | Photo of Gerald Archuleta | No |
| Gov-217 | Photo of Gerald Archuleta | No |
| Gov-220 | Offender Location History for Gerald Archuleta | No |
| Gov-225 | Photo of Robert Martinez | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-226 | Photo of Robert Martinez | No |
| Gov-227 | Photo of Robert Martinez | No |
| Gov-228 | Photo of Robert Martinez | No |
| Gov-229 | Photo of Robert Martinez | No |
| Gov-230 | Photo of Robert Martinez | No |
| Gov-231 | Photo of Robert Martinez | No |
| Gov-234 | Offender Location History for Robert Martinez | No |
| Gov-235 | Plea Agreement for Robert Martinez | No |
| Gov-236 | Addendum to plea agreement for Robert Martinez | No |
| Gov-239 | Offender Location History for Shamon Pacheco | No |
| Gov-240 | Photo of overview of housing unit O-1 at Southern New Mexico Correctional Facility | No |
| Gov-241 | Photo of overview of cell location for R.G. homicide | No |
| Gov-243 | Photo of victim R.G. | No |
| Gov-244 | Photo of overview of cell victim R.G. | No |
| Gov-245 | Photo of tattoos on victim R.G.s back | No |
| Gov-246 | Photo of ligature impression on victim R.G.s neck | No |
| Gov-258 | Photo of Leonard Lujan | No |
| Gov-259 | Photo of Rolando Garza | No |
| Gov-260 | Diagram Created by Norman Rhoades Redacted | No |
| Gov-261 | Photo of Angel DeLeon redacted | No |
| Gov-262 | Photo of Phillip Gonzales | No |
| Def-AA | Third Judicial District Letter from Riedel | No |
| Def-AB | Notes from Third Judicial District | No |
| Def-AC | Email from Libicer to Rhoades | No |
| Def-BA | Michael Jaramillo Judgment D-202-CR-2002-01480 | No |
| Def-BC | Photo Jaramillo Tattoos.pdf | No |
| Def-BO | Spence CV | No |
| Def-C | Pod View | No |
| Def-DI | Photo of Michael Jaramillo House.pdf | No |
| Def-DK | Michael Jaramillo Kastigar Letter | No |
| Def-L-6 | Photo of Frank Castillo in Cell.pdf | No |
| Def-M | NMSP Receipt for Property or Evidence | No |
| Def-N | Angel DeLeon's signed consent for DNA | No |
| Def-Z | Burkhead Letter to Roundy | No |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                             No. CR 15-4268-01 JB

ANGEL DELEON,

    Defendant.

## RECEIPT FOR TRIAL EXHIBITS

**EXHIBITS RETURNED TO GOVERNMENT AT END OF TRIAL:** Physical Evidence Ex. No.: 5, 4, 8, 6, 3, 7.

**RECEIVED BY:**

_____
COUNSEL FOR GOVERNMENT

DATE RECEIVED: 9/16/2021

_____
LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.